

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-7-2006

# Progressive N Ins Co v. Gondi

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-4369

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Progressive N Ins Co v. Gondi" (2006). *2006 Decisions.* Paper 1633.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1633

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 04-4369

PROGRESSIVE NORTHERN INSURANCE

Appellant

v.

MIDHAT S. GONDI

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 04-cv-02034)

ORDER

At the direction of the Court, the caption is amended to reflect that the proceedings in the lower court were before the Honorable Jacob P. Hart. An amended opinion and judgment will be issued. As this correction does not substantively change the opinion and judgment, the filed date remains unchanged.

For the Court,

/s/ Marcia M. Waldron
Clerk

Date:          February 7, 2006
LML/cc:     CAM, MJZ
                   RJD, RMG